# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENEEN ALLMOND,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC,<br><br>Defendants. | CASE NO.<br><br>3:25-cv-03696-LJC<br><br>**ORDER TO DISMISS** |

   IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed, with prejudice as to Defendant EQUIFAX INFORMATION SERVICES LLC only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated: July 30, 2025

_____
Honorable Judge Lisa J. Cisneros